the death of said Prudence Carr, and after her said right of possession and her rights to the rents and profits of said premises have terminated." Also: "Except the said Prudence Carr, so far as her rights to the possession, rents, and profits of said real estate during her natural life, as set out aforesaid, are concerned, which are hereby adjudged to be paramount to said mortgage." Also: "And it is further adjudged that the defendant Prudence Carr have the possession of the said premises described in the said complaint, and hereinafter described, and the rents, issues, and profits of the said premises for and during her natural life,"—and as so modified affirmed.

In re MATHEWS et al. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) In the matter of William C. Mathews and others. No opinion. Order affirmed, with $10 costs and disbursements.

MATTERN, Appellant, v. MANSON et al., Respondents. (Supreme Court, Appellate Division, First Department. January 20, 1899.) Action by Sophia L. Mattern against May G. Manson and others. D. B. Luckey, for appellant. J. B. Gleason, for respondent. No opinion. Judgment affirmed, with costs.

MECHANICS' NAT. BANK, Respondent, v. CRAWFORD, Appellant. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by the Mechanics' National Bank against George Crawford. C. Strauss, for appellant. E. J. Kremer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MERRIAM, Respondent, v. MERRIAM, Appellant. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by Adelaide M. Merriam against John W. Merriam. A. Ely, for appellant. A. H. Hummel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

METCALF et al. v. MOSES et al. (Supreme Court, Appellate Division, First Department. January 20, 1899.) Action by Manton B. Metcalf and others against Morris Moses and others. No opinion. Motions denied, with $10 costs. See 55 N. Y. Supp. 179.

MILLER, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1899.) Action by George A. Miller against the Erie Railroad Company. No opinion. Motion for reargument denied. See 54 N. Y. Supp. 606.

MILLER, Respondent, v. ERIE R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by George A. Miller agaist the Erie Railroad Company. No opinion. Motion for leave to appeal to the court of appeals denied. Proceedings on the part of the respondent stayed 20 days from the date of this decision. See 54 N Y. Supp. 606.

MONTGOMERY, Appellant, v. BARR et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Benjamin C. Montgomery against Joseph A. Barr and another. No opinion. Judgment of the county court affirmed, with costs.

MOORE et al., Appellants, v. BAKER, Respondent. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) Action by Robert H. Moore and others against Julia L. Baker. No opinion. Judgment affirmed, with costs.

MOREHOUSE, Respondent, v. MOREHOUSE et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) Action by William H. Morehouse against Frank H. Morehouse, as executor, and others. No opinion. Motion granted. See 53 N. Y. Supp. 727.

MORGAN et al., Respondents, v. GRIDLEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Morgan & Wright against Francis W. Gridley and others. No opinion. Judgment and order affirmed, with costs.

MORSE, Respondent, v. PEASE et ux., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by John P. Morse, as receiver, against Joseph Pease and Mary Pease, his wife. No opinion. Judgment affirmed, with costs. All concur, except ADAMS, J., not voting.

MOWBRAY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) Action by Andrew Mowbray against the Brooklyn Heights Railroad Company. No opinion. Order modified so as to require, as a condition for a new trial, that the respondent within 20 days pay the appellant the costs and disbursements of the trial already had, and, as modified, affirmed, without costs of this appeal to either party.

MUNSON, Respondent, v. GENESEE IRON & BRASS WORKS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Anna E. Munson against the Genesee Iron & Brass Works and others. No opinion. Motion denied, with $10 costs. See 56 N. Y. Supp. 139.

In re MYERS. (Supreme Court, Appellate Division, First Department. January 13, 1899.) In the matter of Bertha K. Myers. E. W. Hatch, for appellant. E. J. Myers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 55 N. Y. Supp. 168.

MYERS, Appellant, v. BUELL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 18, 1899.) Action by Jacob H. Myers against George C. Buell and others. No opinion. Order affirmed, with costs. All concur, except WARD, J., not voting.